**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

JANE ZOE,

                  Plaintiff,

v.

UNITED STATES OF AMERICA; BETH
REESE, in her individual capacity,

                  Defendants.

Case No.:

**PROPOSED ORDER GRANTING PLAINTIFF'S**
**MOTION TO PROCEED UNDER PSEUDONYMS**

THIS MATTER having been opened to the Court by The Law Office of Deborah M. Golden and Rosen Bien Galvan & Grunfeld, LLP, by way of motion for an order granting authorization to proceed under pseudonym in the above-captioned matter, and the Court, having reviewed the submissions of the parties in support thereof and in opposition thereto, and having considered the arguments of counsel, if any, in connection with this Motion; and for good cause shown:

IT IS on this ___ day of _____, 2025, ORDERED that:

1.     Plaintiff's Motion is GRANTED;

2.     Plaintiff is permitted to proceed under a pseudonym during the duration of the case.

IT IS SO ORDERED

Dated: _____, 2025         _____

[4692752.2]